USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-15-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAFAEL PENA HERNANDEZ, et al.,

                Plaintiffs,

     - against -

JIM GILES CORP., et al.,

                Defendants.
------------------------------------------------------------X

18 Civ. 1874 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This case is an action for damages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and the New York Labor Law. Before the Court is the parties' joint request that the Court approve their settlement agreement, a fully executed copy of which was submitted on November 14, 2018. A federal court is obligated to determine whether settlement of an FLSA case under the court's consideration is fair and reasonable and the subject of an arms-length negotiation, not an employer's overreaching. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

     The Court assisted in mediating settlement of this matter and has carefully reviewed the Settlement Agreement as well as the parties' letter. The Court has taken into account, without limitation, all prior proceedings in this action; the attendant risks, burdens, and costs associated with continuing the action; the range of possible recovery; whether the Settlement Agreement is the product of arm's length bargaining between experienced counsel or parties; and the possibility of fraud or collusion. Among other attributes of the Settlement Agreement, there are no confidentiality or non-disparagement restrictions; the release is narrowly tailored to wage and hour claims; and the attorneys'

fees are within a fair and acceptable range. Considering all the circumstances, the Court finds that the Settlement Agreement is fair and reasonable and hereby approved.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   November 15, 2018
         New York, New York

Copies transmitted to all counsel of record.